# Exhibit A

# United States of America
## United States Patent and Trademark Office

# NAC

| | |
|---|---|
| **Reg. No. 3,839,964** | NATIONAL CHILD CARE ASSOCIATION, INC. (GEORGIA CORPORATION) SUITE 500 |
| **Registered Aug. 31, 2010** | 1325 G STREET, NW WASHINGTON, DC 20005 |
| **Int. Cl.: 41** | |
| | FOR: EDUCATION SERVICES, NAMELY, PROVIDING TRAINING AND CREDENTIALING, NAMELY, EDUCATIONAL TESTING, IN THE FIELD OF CHILDCARE PROFESSIONAL SERVICES , IN CLASS 41 (U.S. CLS. 100, 101 AND 107). |
| **SERVICE MARK** | |
| **PRINCIPAL REGISTER** | FIRST USE 11-1-1996; IN COMMERCE 11-1-1996. |
| | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR. |
| | SER. NO. 77-777,777, FILED 7-9-2009. |
| | MICHELLE DUBOIS, EXAMINING ATTORNEY |



*David J. Kappos*
Director of the United States Patent and Trademark Office

  

United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Assignments on the Web > **Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments: 1**

**Serial #:** 77777777    **Filing Dt:** 07/09/2009    **Reg #:** 3839964    **Reg. Dt:** 08/31/2010
**Registrant:** National Child Care Association, Inc.
**Mark:** NAC

**Assignment: 1**

**Reel/Frame:** 4668/0432    **Recorded:** 11/30/2011    **Pages:** 4

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** NATIONAL CHILD CARE ASSOCIATION, INC.    **Exec Dt:** 10/14/2011
    **Entity Type:** NON-PROFIT CORPORATION
    **Citizenship:** DISTRICT OF COLUMBIA

**Assignee:** NATIONAL EARLY CHILDHOOD PROGRAM ACCREDITATION COMMISSION, INC.    **Entity Type:** NON-PROFIT CORPORATION
1150 HUNGRYNECK BLVD., SUITE C305    **Citizenship:** DISTRICT OF COLUMBIA
MOUNT PLEASANT, SOUTH CAROLINA 29464

**Correspondent:** HUNTER S. FREEMAN, MCNAIR LAW FIRM, P.A.
P.O. BOX 447
GREENVILLE, SC 29602

Search Results as of: 10/19/2016 05:36 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.5
Web interface last modified: July 25, 2014 v.2.5

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT |

1. TSDR is experiencing intermittent issues displaying certain documents. The issue is being addressed.

2. The Trademark organization is beta testing a next generation examination system. As a result, there may be instances where Office actions have unexpected formatting or spacing issues. The Office is working on improvements to resolve these issues and appreciates your patience. Please contact us at **TMFeedback** if you have comments or issues with the appearance of a particular Office action or its attachments.

STATUS    DOCUMENTS                                              Back to Search          Print

Generated on: This page was generated by TSDR on 2016-10-19 17:36:02 EDT

Mark: NAC

# NAC

US Serial Number: 77777777

US Registration Number: 3839964

Filed as TEAS Plus: Yes

Register: Principal

Mark Type: Service Mark

TM5 Common Status Descriptor: 

Application Filing Date: Jul. 09, 2009

Registration Date: Aug. 31, 2010

Currently TEAS Plus: Yes

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Off

Status: A Sections 8 and 15 combined declaration has been accepted and acknowledged.

Status Date: Feb. 17, 2016

Publication Date: Jun. 15, 2010

## Mark Information

Mark Literal Elements: NAC

Standard Character Claim: Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

Mark Drawing Type: 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

For: Education services, namely, providing training and credentialing, namely, educational testing, in the field services

International Class(es): 041 - Primary Class                    U.S Class(es): 100, 101, 107

Class Status: ACTIVE

**Basis:** 1(a)

**First Use:** Nov. 01, 1996 **Use in Commerce:** Nov. 01, 1996

## Basis Information (Case Level)

| | | | | |
|---|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes | Amer |
| **Filed ITU:** | No | **Currently ITU:** | No | Ame |
| **Filed 44D:** | No | **Currently 44D:** | No | Amer |
| **Filed 44E:** | No | **Currently 44E:** | No | Ame |
| **Filed 66A:** | No | **Currently 66A:** | No | |
| **Filed No Basis:** | No | **Currently No Basis:** | No | |

## Current Owner(s) Information

**Owner Name:** NATIONAL EARLY CHILDHOOD PROGRAM ACCREDITATION COMMISSION, INC.

**Owner Address:** P.O. Box 2948
Merrifield, VIRGINIA UNITED STATES 22116

**Legal Entity Type:** NON-PROFIT CORPORATION **State or Country Where Organized:** DISTRICT OF COLUM

## Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Scott J. Major **Docket Number:** NECPA

**Attorney Primary Email Address:** docketing@mwzb.com **Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Scott J. Major
Millen White Zelano & Branigan, PC
2200 Clarendon Blvd., 14th Floor
Arlington, VIRGINIA UNITED STATES 22201

**Phone:** 703-465-5356

**Correspondent e-mail:** docketing@mwzb.com major@mwzb.com **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Feb. 17, 2016 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Feb. 17, 2016 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 76873 |
| Feb. 17, 2016 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 76873 |
| Dec. 08, 2015 | TEAS SECTION 8 & 15 RECEIVED | |

| Date | Action | Code |
|---|---|---|
| Dec. 07, 2015 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 88888 |
| Dec. 07, 2015 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Dec. 07, 2011 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Aug. 31, 2010 | REGISTERED-PRINCIPAL REGISTER | |
| Jun. 15, 2010 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jun. 15, 2010 | PUBLISHED FOR OPPOSITION | |
| May 10, 2010 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 68171 |
| May 10, 2010 | ASSIGNED TO LIE | 68171 |
| Apr. 29, 2010 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Apr. 09, 2010 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Apr. 08, 2010 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Apr. 08, 2010 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Oct. 10, 2009 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Oct. 10, 2009 | NON-FINAL ACTION E-MAILED | 6325 |
| Oct. 10, 2009 | NON-FINAL ACTION WRITTEN | 78353 |
| Oct. 07, 2009 | ASSIGNED TO EXAMINER | 78353 |
| Jul. 13, 2009 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jul. 13, 2009 | NEW APPLICATION ENTERED IN TRAM | |

## Maintenance Filings or Post Registration Information

**Affidavit of Continued Use:** Section 8 - Accepted

**Affidavit of Incontestability:** Section 15 - Accepted

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

   **Current Location:** TMEG LAW OFFICE 107     **Date in Location:** Feb. 17, 2016

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

# United States of America
## United States Patent and Trademark Office

# National Administrator Credential

**Reg. No. 4,240,071**  
**Registered Nov. 13, 2012**  
**Int. Cl.: 41**

**SERVICE MARK**

**PRINCIPAL REGISTER**

NATIONAL EARLY CHILDHOOD PROGRAM ACCREDITATION COMMISSION, INC. (D.C. NON-PROFIT CORPORATION)  
1150 HUNGRYNECK BLVD., SUITE C305  
MOUNT PLEASANT, SC 29464

FOR: PROVIDING A CURRICULUM TO IMPROVE CHILD CARE AND EDUCATION ADMINISTRATION THROUGH AN ASSOCIATION, NAMELY, DEVLEOPING EDUCATION CURRICULUMS FOR OTHERS IN THE FIELD OF CHILD CARE AND EDUCATION ADMINISTRATION AND PROVIDING EDUCATION CLASSES AND WORKSHOPS IN THE FIELD OF CHILD CARE AND EDUCATION ADMINISTRATION, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 11-1-1995; IN COMMERCE 11-1-1995.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,839,964.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ADMINISTRATOR CREDENTIAL", APART FROM THE MARK AS SHOWN.

SEC. 2(F).

SER. NO. 85-248,888, FILED 2-22-2011.

APRIL ROACH, EXAMINING ATTORNEY

*David J. Kappos*  
Director of the United States Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

>   *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.
>
>   *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
>   *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

>   You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

> **The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

*ATTENTION MADRID PROTOCOL REGISTRANTS: The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

  

United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Assignments on the Web > **Trademark Query**

# Trademark Assignment Abstract of Title

## Total Assignments: 1

| | | | |
|---|---|---|---|
| **Serial #:** 85248888 | **Filing Dt:** 02/22/2011 | **Reg #:** 4240071 | **Reg. Dt:** 11/13/2012 |

**Registrant:** NATIONAL EARLY CHILDHOOD PROGRAM ACCREDI
**Mark:** NATIONAL ADMINISTRATOR CREDENTIAL

## Assignment: 1

**Reel/Frame:** 4668/0449       **Recorded:** 11/30/2011       **Pages:** 4

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** NATIONAL CHILD CARE ASSOCIATION, INC.
  **Exec Dt:** 10/14/2011
  **Entity Type:** NON-PROFIT CORPORATION
  **Citizenship:** DISTRICT OF COLUMBIA

**Assignee:** NATIONAL EARLY CHILDHOOD PROGRAM ACCREDITATION COMMISSION, INC.
1150 HUNGRYNECK BLVD., SUITE C305
MOUNT PLEASANT, SOUTH CAROLINA 29464
  **Entity Type:** NON-PROFIT CORPORATION
  **Citizenship:** DISTRICT OF COLUMBIA

**Correspondent:** HUNTER S. FREEMAN, MCNAIR LAW FIRM, P.A.
P.O. BOX 447
GREENVILLE, SC 29602

Search Results as of: 10/19/2016 05:29 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.5
Web Interface last modified: July 25, 2014 v.2.5

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT |

1. TSDR is experiencing intermittent issues displaying certain documents. The issue is being addressed.

2. The Trademark organization is beta testing a next generation examination system. As a result, there may be instances where Office actions have unexpected formatting or spacing issues. The Office is working on improvements to resolve these issues and appreciates your patience. Please contact us at **TMFeedback** if you have comments or issues with the appearance of a particular Office action or its attachments.

STATUS   DOCUMENTS                                           Back to Search          Print

**Generated on:** This page was generated by TSDR on 2016-10-19 17:26:22 EDT

**Mark:** NATIONAL ADMINISTRATOR CREDENTIAL

National Administrator Credential

| | |
|---|---|
| **US Serial Number:** 85248888 | **Application Filing Date:** Feb. 22, 2011 |
| **US Registration Number:** 4240071 | **Registration Date:** Nov. 13, 2012 |
| **Filed as TEAS Plus:** Yes | **Currently TEAS Plus:** Yes |
| **Register:** Principal | |
| **Mark Type:** Service Mark | |

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Off[ice]

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents ar[e]

**Status Date:** Nov. 13, 2012

**Publication Date:** Aug. 28, 2012

## Mark Information

**Mark Literal Elements:** NATIONAL ADMINISTRATOR CREDENTIAL

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

**Disclaimer:** "ADMINISTRATOR CREDENTIAL"

**Acquired Distinctiveness Claim:** In whole

## Related Properties Information

**Claimed Ownership of US Registrations:** 3839964

## Goods and Services

Note:

The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Providing a curriculum to improve child care and education administration through an association, namel[y] curriculums for others in the field of child care and education administration and providing education clas[ses] field of child care and education administration

| | |
|---|---|
| **International Class(es):** 041 - Primary Class | **U.S Class(es):** 100, 101, 107 |
| **Class Status:** ACTIVE | |
| **Basis:** 1(a) | |
| **First Use:** Nov. 01, 1995 | **Use in Commerce:** Nov. 01, 1995 |

## Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** Yes | **Currently Use:** Yes | Ame[nded] |
| **Filed ITU:** No | **Currently ITU:** No | Ame[nded] |
| **Filed 44D:** No | **Currently 44D:** No | Ame[nded] |
| **Filed 44E:** No | **Currently 44E:** No | Ame[nded] |
| **Filed 66A:** No | **Currently 66A:** No | |
| **Filed No Basis:** No | **Currently No Basis:** No | |

## Current Owner(s) Information

**Owner Name:** NATIONAL EARLY CHILDHOOD PROGRAM ACCREDITATION COMMISSION, INC.

**Owner Address:** P.O. Box 2948
Merrifield, VIRGINIA UNITED STATES 22116

**Legal Entity Type:** NON-PROFIT CORPORATION        **State or Country Where Organized:** DISTRICT OF COLUM[BIA]

## Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Hunter S. Freeman

**Correspondent**

**Correspondent Name/Address:** Scott J. Major
Millen White Zelano & Branigan, PC
2200 Clarendon Blvd., 14th Floor
Arlington, VIRGINIA UNITED STATES 22201

**Phone:** 703-465-5356

**Correspondent e-mail:** docketing@mwzb.com major@mwzb.com        **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Dec. 07, 2015 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 88888 |
| Dec. 07, 2015 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Nov. 13, 2012 | REGISTERED-PRINCIPAL REGISTER | |
| Aug. 28, 2012 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Aug. 28, 2012 | PUBLISHED FOR OPPOSITION | |
| Aug. 08, 2012 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Jul. 23, 2012 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 70138 |
| Jul. 20, 2012 | ASSIGNED TO LIE | 70138 |
| Jun. 29, 2012 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jun. 22, 2012 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Jun. 21, 2012 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Jun. 21, 2012 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Jun. 12, 2012 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jun. 12, 2012 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Feb. 14, 2012 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Feb. 14, 2012 | NON-FINAL ACTION E-MAILED | 6325 |
| Feb. 14, 2012 | NON-FINAL ACTION WRITTEN | 83706 |
| Jan. 27, 2012 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Jan. 27, 2012 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Jan. 27, 2012 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Jan. 27, 2012 | PETITION TO REVIVE-GRANTED | 88889 |
| Jan. 27, 2012 | TEAS PETITION TO REVIVE RECEIVED | |
| Dec. 30, 2011 | ABANDONMENT NOTICE MAILED - FAILURE TO RESPOND | |
| Dec. 30, 2011 | ABANDONMENT - FAILURE TO RESPOND OR LATE RESPONSE | |
| Dec. 07, 2011 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| May 23, 2011 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| May 23, 2011 | NON-FINAL ACTION E-MAILED | 6325 |
| May 23, 2011 | NON-FINAL ACTION WRITTEN | 83706 |
| May 23, 2011 | ASSIGNED TO EXAMINER | 83706 |
| Feb. 25, 2011 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Feb. 25, 2011 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

    **Current Location:** PUBLICATION AND ISSUE SECTION      **Date in Location:** Nov. 13, 2012

**Assignment Abstract Of Title Information - Click to Load**

**Proceedings - Click to Load**